# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON L. GRIFFIN

NO. 2024 KW 1306

MARCH 14, 2025

---

In Re:    Jason L. Griffin, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          5305-F-2020.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.** Relator does not seek review of a ruling by the
lower court or request mandamus relief for the court's failure to
act.  Thus, this writ application presents nothing for this court
to review.

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT